# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

MOHAMMAD MASROOR,

Defendant-Appellant.

FOR PUBLICATION
November 24, 2015

Nos. 322280; 322281; 322282
Wayne Circuit Court
LC Nos. 14-000869-FC;
                14-000858-FC;
                14-000857-FC

Before: GLEICHER, P.J., and SAWYER and MURPHY, JJ.

SAWYER, J. (*concurring*).

I concur in the result only.

/s/ David H. Sawyer